1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LANCE A. JOHNSON,

         Plaintiff,

v.

WELLS FARGO BANK N.A., et al.,

         Defendants.

2:09-CV-1807 JCM (PAL)

**ORDER**

    Presently before the court is the report and recommendation of Magistrate Judge Peggy A. Leen. (Doc. #6). *Pro se* plaintiff Lance Johnson did not file any objections.

    Magistrate Judge Leen recommends that the court dismiss plaintiff's first amended complaint for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). (Doc. #6). The report and recommendation asserts that the complaint fails to state a claim for two reasons: (1) the lender is not required to provide the original note to foreclose on plaintiff's property and (2) plaintiff cannot act as a private attorney general by bringing fraud charges on behalf of "Nevada, Nevada taxpayers, Nevada body politic, Nevada citizens, and Nevada government." (Docs. #4 and #6).

    Upon review of the report and recommendation (doc. #6), and there not being any objections,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that United States Magistrate Judge Peggy A. Leen's recommendation (doc. #6) be, and the same hereby is, AFFIRMED in its entirety.

**James C. Mahan**
**U.S. District Judge**

1    IT IS THEREFORE ORDERED that the complaint be, and the same hereby is, DISMISSED.

2    DATED December 27, 2011.

_____
UNITED STATES DISTRICT JUDGE