1
2
3
4
5     **UNITED STATES DISTRICT COURT**
6     **DISTRICT OF NEVADA**
7
8  LANCE A. JOHNSON,                    2:09-CV-1807 JCM (PAL)
9           Plaintiff,
10 v.
11 WELLS FARGO BANK N.A., et al.,
12
13           Defendants.

14                                **ORDER**

15     Presently before the court is the report and recommendation of Magistrate Judge Peggy A.
16 Leen. (Doc. #6). *Pro se* plaintiff Lance Johnson did not file any objections.
17     Magistrate Judge Leen recommends that the court dismiss plaintiff's first amended complaint
18 for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil
19 Procedure 12(b)(6). (Doc. #6). The report and recommendation asserts that the complaint fails to
20 state a claim for two reasons: (1) the lender is not required to provide the original note to foreclose
21 on plaintiff's property and (2) plaintiff cannot act as a private attorney general by bringing fraud
22 charges on behalf of "Nevada, Nevada taxpayers, Nevada body politic, Nevada citizens, and Nevada
23 government." (Docs. #4 and #6).
24     Upon review of the report and recommendation (doc. #6), and there not being any objections,
25     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that United States Magistrate
26 Judge Peggy A. Leen's recommendation (doc. #6) be, and the same hereby is, AFFIRMED in its
27 entirety.
28

**James C. Mahan**
**U.S. District Judge**

IT IS THEREFORE ORDERED that the complaint be, and the same hereby is, DISMISSED.

DATED December 27, 2011.

_____
**UNITED STATES DISTRICT JUDGE**